## MOTION DOCKET

**00–1160.   Liechty v. Yoder Mfg., Inc.**
Cuyahoga App. No. 75654. On motion to strike appellee's brief and supplement. Motion denied.
F.E. SWEENEY, J., dissents.

**00–1812.   State v. Maxwell.**
Franklin App. No. 99AP–1177. On motion for order to set bond. Motion denied.

**00–2293.   Brown v. Kinkela.**
In Habeas Corpus. On request for findings of fact and conclusions of law. Request denied.

**01–312.   State v. Schrock.**
Summit App. No. 20051. On motion for leave to file delayed appeal. Motion denied.

**01–343.   Dicke v. Safeco Ins. Co.**
Allen App. No. 1200064. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 00–132 and 00–170, *Davidson v. Motorists Mut. Ins. Co.,* Franklin App. No. 99AP–163; briefing schedule stayed.

**01–390.   State v. Spencer.**
Guernsey App. No. 99CA43. On motion for leave to file delayed appeal. Motion granted.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**01–391.   State v. Dobosu.**
Franklin App. No. 00AP–19. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.